PROB 12B  
(7/93)

Report Date: May 20, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 20 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Cecil Cornelius Michel          Case Number: 2:12CR00048-001

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 2/7/2013              Type of Supervision: Supervised Release

Original Offense: Failure to Register, 18 U.S.C. §  Date Supervision Commenced: 4/4/2013
2250(a)

Original Sentence: Prison - 12 Months            Date Supervision Expires: 4/3/2016
                  TSR - 36 Months

---

### PETITIONING THE COURT

To modify the conditions of supervision by removing the following special condition:

14    You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by
      the rules and requirements of the facility and shall participate in programs offered by the facility at the
      direction of the supervising officer.

### CAUSE

On April 4, 2013, the offender's term of supervised release commenced; however, he was placed in Colville tribal custody on the same day due to an outstanding tribal warrant. He was release from tribal custody on April 8, 2013. Prior to his release from tribal custody, the offender arranged to reside with his sister in Grand Coulee, Washington. After meeting with the offender's sister at the residence, and contacting the Grant County Sheriff's Office with respect to the appropriateness of the residence for sex offender housing, the undersigned officer approved the residence for the offender. Therefore, it is respectfully recommended that special condition #14 be removed, as it is not needed to help the offender re-enter the community at this time.

Prob 12B
Re: Michel, Cecil Cornelius
May 20, 2013
Page 2

It is noted, the offender has signed a waiver of hearing to modify his conditions of supervised release, which is heretofore attached to this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/20/2013

s/Shane Moore

Shane Moore
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

5/20/13
Date