PROB 12C
(7/93)

Report Date: October 28, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 28 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cecil Cornelius Michel          Case Number: 2:12CR00048-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: February 7, 2013

| | | |
|---|---|---|
| Original Offense: | Failure to Register, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison 12 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: April 4, 2013 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: April 3, 2016 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 & 2 | **Mandatory Condition # 2**: The offender shall not commit another Federal, state, or local crime. |
| | **Mandatory Condition # 6**: The offender shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he resides, works, is a student, or was convicted of a qualifying offense. |
| | **Supporting Evidence**: Cecil Michel moved to Ferry County, Washington, in July 2013, and failed to register as a sex offender with the Ferry County Sheriff's Office. The offender also failed to notify the Grant County Sheriff's Office that he moved to Ferry County. On October 24, 2013, the Grant County Sheriff's Office classified the offender as noncompliant with his registration requirements. According to the Grant County Sheriff's Office, they are going to recommend his case for prosecution due to a violation of RCW 9A.44.132, Failure to Register as Sex Offender. |

| | |
|---|---|
| 3 | **Standard Condition # 2**: The offender shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month. |
| | **Supporting Evidence**: On October 4, 2013, the undersigned attempted a home contact at the offender's residence; however, he was not home. The undersigned left a business card in the offender's door with instructions to contact the U.S. Probation Office by phone. On the same date, the undersigned unsuccessfully attempted to contact the offender by phone, and a voice message instructing the offender to contact the undersigned as soon as possible was left. As of the date of this petition, the offender has failed to contact the U.S. Probation Office. Additionally, Cecil Michel failed to submit a truthful and complete written report within the first 5 days of October 2013. |
| 4 & 5 | **Special Condition # 16**: You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay. |
| | **Special Condition # 18**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: Mr. Michel is required to attend weekly outpatient treatment groups with the Confederated Tribes of Colville Alcohol and Drug Program, which incorporates mental health components as part of treatment. Contact with his counselor, Michael Joseph, on October 25, 2013, revealed the offender last attended treatment on September 16, 2013, and has failed to attend treatment sessions since that date, and has not been excused by the undersigned or his counselor. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/28/2013

s/Shane Moore

Shane Moore
U.S. Probation Officer

Prob12C
Re: Michel, Cecil Cornelius
October 28, 2013
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

October 28, 2013
Date