PROB 12C
(7/93)

Report Date: July 23, 2014

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
JUL 23 2014
SEAN F. McAVOY, CLERK
DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cecil Cornelius Michel    Case Number: 2:12CR00048-LRS-1

Address of Offender: Colville Tribal Jail, Nespelem, WA

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 7, 2013

Original Offense: Failure to Register, 18 U.S.C. § 2250(a)

Original Sentence: Prison - 12 months
TSR - 36 months    Type of Supervision: Supervised Release

Asst. U.S. Attorney: Matthew F. Duggan    Date Supervision Commenced: April 4, 2013

Defense Attorney: Robert R. Fischer    Date Supervision Expires: April 3, 2016

---

### PETITIONING THE COURT

**To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on October 28, 2013, and request a warrant for the arrest of the offender.**

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: On or about May 19, 2014, Mr. Michel was charged in Colville Tribal Court for the Confederated Tribes of the Colville Reservation (Colville Tribal Court) with driving under the influence and driving while license suspended. On June 26, 2014, Mr. Michel failed to appear in Colville Tribal Court for an arraignment in this matter, resulting in a bench warrant being issued. The aforementioned bench warrant was served on July 17, 2014. Currently, Mr. Michel is incarcerated at the Colville Tribal Jail in Nespelem, Washington. His jury trial for the aforementioned tribal matter is scheduled for September 18, 2014. |
| 7 | **Standard Condition #11:** The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.<br><br>**Supporting Evidence:** Mr. Michel failed to report his arrest for driving under the influence and driving while license suspended that occurred on May 16, 2014, until July 22, 2014. |

8 **Special Condition # 20**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence:** On July 22, 2014, Mr. Michel acknowledged to this officer that he had recently been consuming alcohol since his term of supervised release.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 23, 2014

s/Erik Carlson

Erik Carlson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court and Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

7/23/14
Date