Report Date: October 7, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 1 1 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cecil Cornelius Michel          Case Number: 0980 2:12CR00048-LRS-1

Address of Offender:                    Inchelium, Washington 99138

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 7, 2013

| | | |
|---|---|---|
| Original Offense: | Failure to Register, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 12 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence December 14, 2014: | Prison - 6 months TSR - 30 months | |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: February 6, 2015 |
| Defense Attorney: | Robert R. Fischer | Date Supervision Expires: August 5, 2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer.<br><br>**Supporting Evidence**: The offender failed to report to the United States Probation Office on either October 4, or October 6, 2016, as directed, and has made no contact with the United States Probation Office. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 07, 2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

10/11/16

Date