PROB 12C
(6/16)

Report Date: March 8, 2017

# United States District Court

for the

## Eastern District of Washington



FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 08 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Cecil Cornelius Michel | | Case Number: 0980 2:12CR00048-LRS-1 |
| Address of Offender: | Inchelium, Washington 99138 | |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 7, 2013

Original Offense:     Failure to Register, 18 U.S.C. § 2250(a)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 12 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>December 14, 2014 | Prison - 6 months<br>TSR - 30 months | | |
| Asst. U.S. Attorney: | Patrick Cashman | Date Supervision Commenced: | February 6, 2015 |
| Defense Attorney: | Jill Gannon-Nagle | Date Supervision Expires: | August 5, 2017 |

### PETITIONING THE COURT

**To incorporate the alleged violation with the violation previously reported to the Court on 10/11/16.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On February 7, 2017, an indictment was filed charging the offender with failure to register as a sex offender. |

The U.S. Probation Office respectfully recommends the Court incorporate the alleged violation with the violation previously reported to the Court on October 11, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 8, 2017

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

3/8/17
_____
Date