PROB 12C
(6/16)

Report Date:  March 27, 2019

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 03, 2019

SEAN F. McAVOY, CLERK

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cecil Cornelius Michel          Case Number: 0980 2:12CR00048-LRS-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 7, 2013

| | | |
|---|---|---|
| Original Offense: | Failure to Register, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 12 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence<br>December 12, 2014: | Prison - 6 months<br>TSR- 30 months | |
| Revocation Sentence<br>June 12, 2017 | Prison - 6 months<br>TSR - 30 months | |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: January 23, 2019 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: July 22, 2021 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence**: On March 14 and 17, 2019, the undersigned attempted to contact Mr. Michel via telephone, in which voice mails and text messages were sent directing Mr. Michel to contact the undersigned. On March 18, 2019, the undersigned attempted to contact Mr. Michel at his last provided address, in which no one appeared home and/or answered the door.  The undersigned officer's business card was left at the residence.

Prob12C
**Re: Michel, Cecil Cornelius**
**March 27, 2019**
**Page 2**

On March 26, 2019, the undersigned and another U.S. probation officer attempted to make contact with Mr. Michel at his last provided address, as well as a previous address Mr. Michel has resided. Mr. Michel's previous address appeared uninhabitable and he did not appear to be there. However, contact was made with an individual at Mr. Michel's listed address, whom is currently house sitting for the owner in which he relayed that Mr. Michel has not lived at this address for over a month, approximately. The individual further stated it was his understanding that Mr. Michel was living with his daughter somewhere in Inchelium, Washington. Numerous attempts to contact Mr. Michel via telephone have been unsuccessful and his current whereabouts are unknown.

On January 24, 2019, Mr. Michel was provided the judgment and sentence for case number 2:12CR00048-LRS-1. Additionally, he signed said judgment indicating he fully understood the terms and conditions of his supervision. Specifically, Mr. Michel was to live at a place approved by the probation officer and notify the probation officer of any change in his living arrangements.

2        **Mandatory Condition # 5**: You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) As directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense.

**Supporting Evidence**: On January 28, 2019, per mandatory condition number 5, Mr. Michel successfully registered his address in Ferry County and he was provided a document of the sex offender registration requirements, in which he signed indicating an understanding of these requirements. A condition of the sex offender registration requirements in Ferry County include if you move to a new address after registration, you must provide a signed written notice of your change of address to the county sheriff in person or by certified mail within 3 days. Mr. Michel has failed to update U.S. Probation and Ferry County of an updated residence, as recent information obtained indicates he moved from his previously registered address over a month prior to the writing of this notice, and his current whereabouts are unknown.

On January 24, 2019, Mr. Michel was provided the judgment and sentence for case number 2:12CR00048-LRS-1. Additionally, he signed said judgment indicating he fully understood the terms and conditions of his supervision. Specifically, he was to comply with the requirements of the sex offender registration agency in which resides.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

**Prob12C**
**Re: Michel, Cecil Cornelius**
**March 27, 2019**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/27/2019

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[✔]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

04/03/2019

Date